UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

NOV 1 4 2005

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CIV-C-112826W |
| Plaintiff, ) | Civil Action No.: 05-61469-CIV-COOKE |
| ) | |
| v. ) | |
| ) | |
| VANESSA L. JONES, ) | **DECLARATION FOR ENTRY OF** |
| ) | **DEFAULT JUDGMENT** |
| Defendant. ) | |
| ) | |

Steven M. Davis, hereby applies to the Court for entry of a default judgment against defendant Vanessa L. Jones and declares as follows:

1. I am Private Counsel for the Southern District Of Florida and in that capacity have been assigned to represent the interests of plaintiff in the above captioned matter.

2. I hereby make application to this Court for entry of a default judgment as to defendant, Vanessa L. Jones, pursuant to Rule 55(a), Federal Rules of Civil Procedure, and in support of this application state as follows:

   a)   The defendant was personally served with copies of Plaintiff's Summons and Complaint as provided by Rule 4(c)(1), Federal Rules of Civil Procedure.

   b)   The defendant has neither answered nor otherwise responded formally to the Plaintiff's Summons and Complaint, and the time to do so has expired, pursuant to Rule 12(a), Federal Rules of Civil Procedure.

   c)   Defendant's default was entered by the Clerk of the Court on October 17th, 2005.

3. The amount owed by defendant is calculated as follows:



Principal $ 2150.18, Interest at the rate of 8.000 per annum through November 10, 2005.

Total due as of November 10, 2005, $ 3891.37

4. Defendant is not entitled to any credits to his account from the date the complaint was filed until date hereof.

WHEREFORE plaintiff requests the Court to enter the judgment against defendant and in favor of plaintiff in the amount of $3,891.37, plus interest at the rate of 8.000 % per annum from November 10, 2005 to date of judgment and post judgment interest at the legal rate pursuant to 28 U.S.C. § 1961.

I, Steven M. Davis, do hereby certify under penalty of perjury, pursuant to 28 U.S.C. §1746(2) that the above statements are true and accurate to the best of my knowledge and belief.

DATE: Nov. 10, 2005

Steven M. Davis
Becker & Poliakoff, P.A.
FL Bar No. 894249
121 Alhambra Plaza
Alhambra Towers -10th Floor
Coral Gables, FL 33134
Attorney for Plaintiff
TelNo.(305) 262-4433
FaxNo.(305) 442-2232