UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
MGC
NOV 2 3 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,            )
                                     )   **CIV-C-112826W**
            Plaintiff,               )   Civil Action No.: 05-61469-CIV-COOKE
v.                                   )
                                     )
VANESSA L. JONES,                    )
                                     )   **DEFAULT FINAL JUDGMENT**
            Defendant.               )
_____)

This matter having come before the Court upon plaintiff, United States of America's Motion for Entry of Default Final Judgment against defendant, Vanessa L. Jones, and the Court having reviewed the pleadings submitted on behalf of the Plaintiff, and having further noted the entry of default as to the defendant for failure to answer or otherwise plead to the Summons and Complaint served by the Plaintiff, and for good cause shown, it is hereby

ORDERED AND ADJUDGED that judgment is hereby entered in favor of Plaintiff, the United States of America, and against defendant, Vanessa L. Jones, upon the Complaint herein, and it is further

ORDERED AND ADJUDGED that Plaintiff recover of the defendant, Vanessa L. Jones, the sum of $3891.37, consisting of $2150.18 in unpaid principal, plus the amount of $1734.48 in interest accrued through November 10, 2005, in accordance with the supporting documentation attached as "Exhibit "B" to Plaintiff's Motion for Entry of Default Final Judgment, all together with interest at the rate of 8.000 per annum to the date of this judgment, together with the sum of $1,554.00 in Attorney's fees and $175.00 in taxed costs for all of which sums let execution issue, and it is further

ORDERED AND ADJUDGED that this judgment shall bear interest at the rate as prescribed by 28 U.S.C. §1961, and shall be enforceable as prescribed by 28 U.S.C. §2001, et seq., 28 U.S.C. §3001-3307, and Rule 69(a), Federal Rules of Civil Procedure.

DONE AND ORDERED in Chambers, in Miami, FL, this 23 day of November, 2005.

Marcia G. Cooke
UNITED STATES DISTRICT JUDGE

cc: Steven M. Davis, Esquire (Two Certified Copies)
    Vanessa L. Jones